# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Rebecca Brown**
        Plaintiff
  vs.　　　　　　　　　　　　　　　**CASE NUMBER: 6:11-CV-519 (VEB)**

**Michael J. Astrue, Commisioner of Social Security**
        Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's Motion for Judgment on the Pleadings is DENIED, Plaintiff's Motion for Judgment on the Pleadings is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of 42 USC section 405(g) for further administrative proceedings consistent with the Decision and Order.

All of the above pursuant to the order of the Honorable Judge Victor E. Bianchini, dated the 26th day of July, 2012.

DATED: July 27, 2012

*[signature]*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk